# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN TOWNSEND, | ) 1:06-cv-00079-OWW-TAG HC |
| | ) |
| | ) ORDER ADOPTING REPORT AND |
| Petitioner, | ) RECOMMENDATION (Doc. 6) |
| | ) |
| v. | ) ORDER DISMISSING PETITION FOR WRIT |
| | ) OF HABEAS CORPUS (Doc. 1) |
| | ) |
| PAUL M. SCHULTZ, | ) ORDER DIRECTING CLERK OF COURT |
| | ) TO ENTER JUDGMENT |
| | ) |
| Respondent. | ) |
| | ) |

On January 25, 2006, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this Court.

On September 13, 2006, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be dismissed because the petition did not state grounds that would entitle Petitioner to relief under 28 U.S.C. § 2241 and because the issues raised were more properly brought in an action pursuant to 28 U.S.C. § 2255 in the United States District Court for the Middle District of Florida.  (Doc. 6, p. 3).  This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order.  To date, the parties have not

filed timely objections to the Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed September 13, 2006 (Doc. 6), is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   December 16, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE